FILED: June 16, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-2045
(1:21-cv-00353-MR-WCM)

_____

ERIN OSMON

       Plaintiff - Appellant

v.

UNITED STATES OF AMERICA

       Defendant - Appellee

_____

O R D E R

_____

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 35. The court denies the petition for rehearing en banc.

       For the Court

       /s/ Patricia S. Connor, Clerk